## Case No. 2,511.

### CATEAUX v. BARNEY.

[Cited in Tomes v. Barney. 35 Fed. 115. Nowhere reported; opinion not on file at the clerk's office.]